| | |
|---|---|
| **To:** | The Honorable Kenneth D. Bell<br>U.S. District Court Judge |
| **From:** | Whitney Law<br>U.S. Probation Officer |
| **Subject:** | **Robert Norris Forehand**<br>Case Number: 0419 5:08CR00036- 001<br>**REQUEST TO DESTROY SEIZED PROPERTY** |
| **Date:** | 1/6/2023 |



NORTH CAROLINA WESTERN
MEMORANDUM

On 8/5/2009, Robert Forehand was convicted of Count 1: 18 U.S.C. § 2252(a)(4)(B) Possession of Materials Relating to the Sexual Exploitation of Minors and Count 2: 18 U.S.C. § 2252(a)(1) Transportation of Materials Relating to the Sexual Exploitation of Minors. He was sentenced in the Western District of North Carolina by U.S. District Court Judge Richard L. Voorhees to 116 months imprisonment on each count, to be served concurrently, followed by 10 years of supervised release on each count, to be served concurrently. On 12/10/2020 supervision was revoked for violations of Possession of Child Pornography and Unauthorized Computer Access. On this same date, Robert Forehand received an additional sentence for 18 U.S.C. § 2252A(a)(5)(B), 18 U.S.C. § 2252A(b)(2) Possession of Child Pornography that Involved a Prepubescent Minor or Minor Who Had Not Attained 12 Years of Age. He was sentenced in the Western District of North Carolina by U.S. District Court Judge Kenneth D. Bell to 121 months imprisonment to run concurrent to the sentence imposed in the revocation matter of 5:08CR36-1, followed by a LIFE term of supervised release.

In December 2022, the U.S. Probation Office received electronics related to the revocation and new sentence noted above back from the Federal Bureau of Investigation. The U.S. Probation Office is requesting that the electronics be destroyed considering the material that is located on them.

Thank you for your time and attention to this matter. Please do not hesitate to contact me at (828) 367-8415, should you have any questions.

THE COURT ORDERS:

☒ Destroy Seized Property as Requested
☐ Do Not Destroy Seized Property
☐ Return Seized Property to the Defendant

Signed: January 6, 2023

Kenneth D. Bell
United States District Judge